IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL MARTIN,

    Petitioner,

v.

CAROL HOLINKA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-391-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Daniel Martin's petition for a writ of habeas corpus under 28 U.S.C. § 2241 is denied for his failure to show that he is in custody in violation of federal law.

_____      3/25/11
Peter Oppeneer, Clerk of Court              Date